IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 25 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-00666-BNB

FREDERICK D. MOORE,

    Plaintiff,

v.

DR. SINGHN, Medical Director or Medical Administrator of the Boulder County Dept. of Correction,

    Defendant.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 25, 2010, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00666-BNB

Frederick D. Moore
1849 Terry St. Apt #4
Longmont, CO 80501

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/25/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk