IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00666-MSK-BNB

FREDERICK D. MOORE,

Plaintiff,

v.

DR. SINGHN, Medical Director or Medical Administrator of the Boulder County Department of Corrections,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Amend the Complaint to Correct Spelling of the Defendant's Name** [docket no. 6, filed March 26, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court and all parties are to show the defendant's properly spelled name as "SINGH" on all future filings.


DATED: April 9, 2010