IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00666-MSK-BNB

FREDERICK D. MOORE,

Plaintiff,

v.

DR. SINGH, Medical Director or Medical Administrator of the Boulder County Department of Corrections,

Defendant.
_____

**ORDER**
_____

The plaintiff filed his Complaint on March 22, 2010 [Doc. #3]. On April 13, 2010, I ordered the United States Marshal to effect service upon the defendant [Doc. #11]. On April 26, 2010, the Marshal filed a Process Receipt and Return which indicates that defendant Singh could not be served at the address provided by the plaintiff because Dr. Singh is no longer employed by the Boulder County Jail and has not been employed there for approximately 9 months [Doc. #13]. A forwarding address was not provided. Accordingly, I ordered the plaintiff to show cause, in writing, on or before May 17, 2010, why the Complaint should not be dismissed for failure to prosecute. See D.C.COLO.LCivR 41.1.

The plaintiff responded to my show cause order [Doc. #15] by requesting an extension of time for an unspecified period in which to provide the court with the address of the defendant.

IT IS ORDERED that on or before **June 7, 2010**, the plaintiff shall provide the court with a current address where Dr. Singh may be served. Failure to provide the defendant's current

address on or before June 7, 2010, will result in my recommendation that the action be dismissed without prejudice for failure to prosecute.

Dated May 17, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge