IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00666-MSK-BNB

FREDERICK D. MOORE,

Plaintiff,

v.

DR. SINGH, Medical Director or Medical Administrator of the Boulder County Department of Corrections,

Defendant.

___

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

___

The plaintiff filed his Complaint on March 22, 2010 [Doc. #3]. On April 13, 2010, I ordered the United States Marshal to effect service upon the defendant [Doc. #11]. On April 26, 2010, the Marshal filed a Process Receipt and Return which indicates that defendant Singh could not be served at the address provided by the plaintiff because Dr. Singh is no longer employed by the Boulder County Jail and has not been employed there for approximately 9 months [Doc. #13]. The plaintiff has provided the court with the defendant's current home and work addresses [Doc. #17]. Accordingly,

IT IS ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant Moore. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon defendant Moore. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2010

GREGORY C. LANGHAM
CLERK

FURTHER ORDERED that defendant Moore or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated May 27, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00666-MSK-BNB

Frederick D. Moore
1849 Terry Street #4
Longmont, CO 80501

US Marshal Service
Service Clerk
Service forms for: Dr. Singh

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Dr. Singh: COMPLAINT FILED 3/22/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/28/10 .

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                     Deputy Clerk